UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00078-MR

| | |
|---|---|
| RICARDO EDWIN LANIER,              )<br>                                                       )<br>            Plaintiff,                         )<br>                                                       )<br>vs.                                                 )<br>                                                       )<br>                                                       )<br>JUSTIN BURNS, et al.,                 )<br>                                                       )<br>            Defendants.                   )<br>_____ ) | **ORDER** |

**THIS MATTER** comes before the Court *sua sponte* on the Court's denial of Defendants' Motion for Summary Judgment.

The parties are directed to notify the Court within fourteen (14) days of this Order if they object to participating in a judicial settlement conference pursuant to Local Civil Rule 16.3(d) in an effort to settle this matter without a trial.

The parties are advised that, should a judicial settlement conference being undertaken in this matter to facilitate settlement, there is no requirement that the case settle through such a conference. Rather, if a judicial settlement conference were unsuccessful, the matter would proceed to trial. Should either or both parties object to a judicial settlement conference in this matter, the matter will be set for trial to occur as soon as

feasible.

## **ORDER**

**IT IS THEREFORE ORDERED** that the parties shall notify the Court within fourteen (14) days of this Order if they object to a judicial settlement conference in this matter in accordance with the terms of this Order.

**IT IS SO ORDERED**.

Signed: August 28, 2023

Martin Reidinger
Chief United States District Judge